874

Lucas JACOBSON, Plaintiff–Appellant,

v.

PEARL CORPORATION,
Defendant–Appellee.

No. 02–1534.

United States Court of Appeals,
Federal Circuit.

March 11, 2003.

Before LOURIE, GAJARSA, and LINN, Circuit Judges.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

Gan ZHOU, Yong Qiao, and
Fai Mok, Appellants,

v.

John Martin KEAGY, Naum
Pinkhasik, and Alexander
Muzil, Appellees.

No. 02–1528.

United States Court of Appeals,
Federal Circuit.

March 11, 2003.

Before MICHEL, RADER and SCHALL, Circuit Judges.

Judgment

PER CURIAM.

*This CAUSE having been heard and considered, it is ORDERED and AD-JUDGED:*

AFFIRMED. *See* Fed. Cir. R. 36.